1  DAVID B. DEMO (SBN 153997)
   ddemo@plawp.com
2  JENNY J. CHU (SBN 223077)
   jchu@plawp.com
3  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
4  Emeryville, CA 94608
   Tel: (510) 841-7777
5  Fax: (510) 841-7776

6  Attorneys for Plaintiff
   THE BURLINGTON INSURANCE COMPANY
7

8  DONALD E. DORFMAN (SBN 63725)
   ddorfman@nixonpeapody.com
9  ANDREW R. NEILSON (SBN 221694)
   aneilson@nixonpeabody.com
10 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
11 San Francisco, CA 94111
   Phone: (415) 984-8200
12 Fax: (415) 984-8300

13
   Attorneys for Defendants
14 BB&T INSURANCE SERVICES OF CALIFORNIA, INC.
   and MASOUD SHAHRI
15

16              IN THE UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 THE BURLINGTON INSURANCE COMPANY,    Case No.: CV-10-0315 WHA

20                Plaintiff,

21                                      STIPULATION AND ORDER FOR
          vs.                           DISMISSAL WITH PREJUDCE
22
   BB&T INSURANCE SERVICES OF
23 CALIFORNIA, INC., et al.

24                Defendants.

25

26

27

28

STIPULATION RE DISMISSAL                                    13084491.2
CASE NO.: CV-10-0315 WHA

Plaintiff THE BURLINGTON INSURANCE COMPANY ("Plaintiff") together with BB&T INSURANCE OF CALIFORNIA, INC. (sued herein as UnionBanc Insurance Services, Inc., an entity of unknown form, individually, and doing business as, and/or as successor in interest to, John Burnham Insurance Services, BB&T-John Burnham Insurance Services and/or John Burnham & Company; BB&T Insurance services of California, Inc., an entity of unknown form, individually, and doing business as, and/or as successor in interest to, John Burnham Insurance Services, BB&T-John Burnham Insurance Services and/or John Burnham & Company; BB&T-John Burnham Insurance Services, an entity of unknown form, individually, and doing business as, and/or as successor in interest to, John Burnham Insurance Services and/or John Burnham & Company; John Burnham Insurance Services, an entity of unknown form; and John Burnham & Company, an entity of unknown form), and MASOUD SHAHRI (collectively "Defendants"), by and through their undersigned attorneys, hereby agree and stipulate to the following:

1. The case has settled.

2. Pursuant to the terms of the parties' "Settlement Agreement and Mutual Release of Claims," Plaintiff hereby dismisses the above-captioned action with prejudice.

**IT IS SO STIPULATED.**

Dated: July 28, 2010

David B.A. Demo
Jenny J, Chu
LHB Pacific Law Partners, LLP
Attorneys for Plaintiff THE BURLINGTON INSURANCE CO.

Dated: July 28, 2010

Donald E. Dorfman
Andrew R. Neilson
NIXON PEABODY LLP
Attorneys for Defendants BB&T INSURANCE SERVICES OF CALIFORNIA, INC. & MASSOUD SHAHRI

1       As stipulated, the case is dismissed with prejudice.  **THE CLERK SHALL CLOSE THE FILE.**

2 **IT IS SO ORDERED.**

4 Dated: August 2, 2010.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

STIPULATION RE DISMISSAL
CASE NO.: CV-10-0315 WHA

13084491.2